**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

BERNIE MULERO,

    Plaintiff,

          v.

OFFICER PATRICK JAMES WALSH and
OFFICER RONALD SHEPOSH,

    Defendants.

CIVIL ACTION NO. 3:15-CV-01406

(JUDGE CAPUTO)

## ORDER

**NOW**, this 28th day of February, 2018, **IT IS HEREBY ORDERED** that:

(1) Defendant Sheposh's Motion for Judgment as a Matter of Law, Motion for a New Trial, and Motion to Alter or Amend the Judgment (*Doc.* 77) is **GRANTED IN PART** and **DENIED IN PART** as follows:

    (a) Defendant's Motion as a Matter of Law on qualified immunity is **DENIED**;

    (b) Defendant's Motion for a New Trial is **DENIED**;

    (c) Defendant's Motion for remittitur is **GRANTED IN PART** and **DENIED IN PART**. The Plaintiff **SHALL REMIT** $125,000 of the compensatory damage award. Should the Plaintiff refuse to accept $125,000 in compensatory damages, a new trial on the issue of compensatory damages **SHALL** be conducted.

(2) Plaintiff's Motion for Attorney's Fees and Costs (*Doc.* 74) will be **GRANTED IN PART** and **DENIED IN PART** as follows:

    (a) Plaintiff is awarded **$148,772.50** in fees for services rendered by Attorney Harry Coleman, Attorney John Lawler, and Paralegal Leigh Gerardi. Plaintiff will be awarded an additional **$1,467** for costs.

                  /s/ A. Richard Caputo

                  A. Richard Caputo

                  United States District Judge